MINUTE ENTRY         10:00 a.m.

ZHANG, Gui Juan -vs- ISIDRO T. CABRERA

PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
   Sanae Shmull, Court Reporter
   K. Lynn Lemieux, Courtroom Deputy
   Joe Hill, Attorney for Plaintiff
   Isidro T. Cabrera, Defendant

PROCEEDINGS: MOTION FOR ORDER IN AID OF JUDGMENT

 Plaintiff was represented in court by Attorney Joe Hill.  Defendant was present and unrepresented by counsel.

 Attorney Hill stated that defendant Cabrera was not complying with the agreement and was arguing that he wanted at least half of the money for himself.   Court inquired of Mr. Cabrera why he was contesting the signed agreement.  He stated that it was a verbal agreement between he and Attorney Hill that he would get to keep half of the money.  Court queried Attorney Hill about that agreement and Attorney Hill stated that the statement was absolutely untrue.

 Court, after hearing all testimony, ordered a temporary restraining order against defendant claiming funds from the Probate Court proceedings in the Commonwealth Court and set this matter for hearing on a preliminary injunction on August 27, 2004 at 8:00 a.m. If no opposition is filed by August 24, 2004 then the matter will be taken off-calendar.

 Attorney Hill moved for attorneys fees on bringing this matter to court in the amount of $650.  Court so ordered.

       Adjourned 10:30 a.m.
;    [KLL EOD 08/17/2004]